## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **PATRICIA MEADOW,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. _____ |
| **GOODRICH CORPORATION, a** foreign corporation; **JOHN DOES 1-5;** **BLACK CORPORATIONS 1-5; and** **WHITE PARTNERSHIPS 1-5,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

### DEFENDANT GOODRICH CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule Civ. 7.1.1, Goodrich Corporation states that it is a wholly owned subsidiary of United Technologies Corporation.

Respectfully submitted,

*/s/ Michelle Matheson*
Michelle Matheson          AZ. Bar No. 019568
Matheson & Matheson, PLC
15300 N. 90th Street, Suite 550
Scottsdale, AZ 85260
Telephone:  480.889.8951
Facsimile:
mmatheson@mathesonlegal.com

KCP-8410630-1

and

William E. Corum          (*pro hac vice pending*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City. MO 64112
Telephone:  816.983.8000
Facsimile:  816.983.8080
William.corum@huschblackwell.com

***Attorneys for Defendant Goodrich Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 21st day of September, 2018, by operation of the Court's electronic filing system to all parties.

*/s/ Michelle Matheson*
***Attorney for Goodrich Corporation***

2

KCP-8410630-1